THE CITY OF NEW YORK, Respondent, *v.* NEW YORK CITY
RAILWAY COMPANY, Appellant.

*City of New York* v. *New York City Railway Co.*, 126 App. Div. 39,
affirmed.
(Argued December 1, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
11, 1908, affirming a judgment in favor of plaintiff entered
upon a verdict directed by the court in an action to recover
license fees alleged to be due the plaintiff from the defendant
for operating cars in Sixth avenue in the city of New York.

*Joseph P. Cotton, Jr., Robert H. Neilson* and *Henry A.
Robinson* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore
Connoly, Terence Farley* and *Frank B. Pierce* of counsel),
for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.